IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00102-MR

| | |
|---|---|
| **WINDY CITY INNOVATIONS, LLC,** | ) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| **FACEBOOK, INC.,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Bradley Wayne Caldwell as counsel *pro hac vice*. [Doc. 5]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 5] is **ALLOWED**, and Bradley Wayne Caldwell is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 10, 2015

Martin Reidinger
United States District Judge