IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00102-MR

| | |
|---|---|
| **WINDY CITY INNOVATIONS, LLC,**   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>)<br>**FACEBOOK, INC.,**   )<br>)<br>Defendant.   )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Jason Dodd Cassady as counsel *pro hac vice*. [Doc. 6]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 6] is **ALLOWED**, and Jason Dodd Cassady is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge