## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:15-cv-00102-MR

| | |
|---|---|
| WINDY CITY INNOVATIONS, LLC,      ) | |
|               ) | |
|         **Plaintiff,**     ) | |
|               ) | |
|     **vs.**           ) | **O R D E R** |
|               ) | |
|               ) | |
| FACEBOOK, INC.,         ) | |
|               ) | |
|         **Defendant.**   ) | |
| _____ ) | |

THIS MATTER is before the Court on the Plaintiff's motion for the admission of attorney John Austin Curry as counsel *pro hac vice*. [Doc. 7]. Upon careful review and consideration, the Court will allow the motion.

IT IS, THEREFORE, ORDERED that the Plaintiff's motion [Doc. 7] is ALLOWED, and John Austin Curry is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

IT IS SO ORDERED.

Martin Reidinger
United States District Judge