IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00102-MR

| | |
|---|---|
| **WINDY CITY INNOVATIONS, LLC,**      )<br>                                                                    )<br>                            Plaintiff,        )<br>                                                                    )<br>        vs.                                                  )<br>                                                                    )<br>                                                                    )<br>**FACEBOOK, INC.,**                               )<br>                                                                    )<br>                            Defendant.   )<br>_____ ) | **O R D E R** |

   **THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Mark Randolph Weinstein as counsel *pro hac vice*. [Doc. 16]. Upon careful review and consideration, the Court will allow the motion.

   **IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 16] is **ALLOWED**, and Mark Randolph Weinstein is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

   **IT IS SO ORDERED.**

*/s/ Martin Reidinger*
Martin Reidinger
United States District Judge