**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WINDY CITY INNOVATIONS, LLC,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**FACEBOOK, INC.**, *et al.*,<br><br>　　**Defendant** | Case No.: 16-CV-1730 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY WITH STANDING ORDER** |

**TO PARTIES WINDY CITY INNOVATIONS, LLC, FACEBOOK, INC., AND THEIR RESPECTIVE COUNSEL OF RECORD WARREN J. MCCARTY III AND HEIDI KEEFE:**

**YOU ARE ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of $250.00 for failing to comply with the Court's Standing Order regarding summary judgment pre-filing letters. Both parties' filings (Dkt. Nos. 140, 141) were formatted in such as way as to circumvent this Court's Standing Order in Civil Cases which requires the submission of a letter to the Court not to exceed three single-spaced pages, *including* any attached exhibits or supporting papers. (Standing Order in Civil Cases at paragraph 9(a) emphasis in original.) Here, the filings were not letters to the Court but rather single-spaced briefs.

A hearing on this Order to Show Cause will be held on **Monday, January 28, 2019,** on the Court's **2:01 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than Friday, January 25, 2019, the parties each must file a written statement explaining their failure to comply with the Court's Standing Order in Civil Cases, and attest that they have reviewed the Court's Standing Order in Civil Cases. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED**.

Date: Lcpwct{"45."423;

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**