1  Heidi L. Keefe (SBN 178960)
   Mark R. Weinstein (SBN 193043)
2  Lowell D. Mead (SBN 223989)
   COOLEY LLP
3  3175 Hanover Street
   Palo Alto, California 94304
4  Telephone: (650) 843-5000
   Facsimile: (650) 849-7400
5
6  Phillip E. Morton (*pro hac vice*)
   Emily E. Terrell (SBN 234353)
7  Stephen C. Crenshaw (*pro hac vice*)
   COOLEY LLP
8  1299 Pennsylvania Avenue, NW
   Suite 700
9  Washington, DC 20004
   Telephone: (202) 842-7800
10 Facsimile:  (202) 842-7899

Michael G. Rhodes (SBN 116127)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

**Attorneys for Defendant**
**FACEBOOK, INC.**

11

UNITED STATES DISTRICT COURT
12
FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
OAKLAND DIVISION
14

15 WINDY CITY INNOVATIONS, LLC

16              Plaintiff,

17         v.

18 FACEBOOK, INC.,

19              Defendant.

20

21

22

Case No.  4:16-cv-01730-YGR

**FACEBOOK, INC.'S WRITTEN STATEMENT IN RESPONSE TO JANUARY 23, 2019 ORDER TO SHOW CAUSE (DKT. 143)**

**Date:** January 28, 2019
**Time:** 2:01 p.m.
**Ctrm:** Courtroom 1, Fourth Floor

**The Honorable Yvonne Gonzalez Rogers**

23

24      Counsel for Defendant Facebook, Inc. ("Facebook") respectfully submits the following written

25 statement in response to the Court's January 23, 2019 Order to Show Cause re: Sanctions for Failure

26 to Comply with Standing Order (Dkt. 143):

27      We apologize that our letter requesting a Pre-filing Conference for Facebook's Motion for

28 Summary Judgment (Dkt. 140) did not meet Your Honor's expectations.  We believed that we were

1  required to comply with both Civil Local Rule 3-4(a) requiring a case caption on the first page of

2  papers presented for filing with the Court, and Paragraph 9(a) of Your Honor's Standing Order

3  requiring a single-spaced three page letter.  We thought that the format used for our submission was

4  the best way to comply with both rules.  We did not intend to circumvent any rule or the applicable

5  page limits.  We apologize for any misunderstanding or inconvenience to the Court.

6      We have submitted herewith a new version of the letter, which contains the content of our

7  earlier submission, but is on our firm letterhead and uses the standard font and formatting that we use

8  when employing this letterhead.  (Exhibit A.)  All of the original content of the letter remains and has

9  not been changed, and all of it fits within three pages.  Accordingly, the format employed in our letter

10  requesting a Pre-filing Conference for Facebook's Motion for Summary Judgment (Dkt. 140) did not

11  allow us to include any more content than a three page letter on our standard firm letterhead.

12      Further, I attest that all attorneys appearing for Facebook in this matter have read Your Honor's

13  Standing Order in Civil Cases, and have, at every turn, attempted to comply with it.  We again sincerely

14  apologize to the extent we failed to do so in this instance.

16      January 25, 2019         COOLEY LLP,

18  */s/ Heidi L. Keefe*
Heidi L. Keefe

19  Attorney for Defendant
20  Facebook, Inc.