## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** 1/28/2019 | **Time:** 2:00pm-3:32pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 16-cv-01730-YGR | **Case Name:** Windy City Innovations, LLC v. Facebook, Inc. | |

**Attorney for Plaintiff:** Warren McCarty III, Bradley Caldwell, Christopher Banys and Jennifer Gilbert
**Attorney for Defendant:** Heidi Keefe, Phil Morton.
Client representatives: Andrea Modugno and Shayne O'Reily

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Raynee Mercado


### PROCEEDINGS
**Pre-filing Conference re Summary Judgment- HELD and**
**Order to Show Cause Hearing- HELD and OSC is discharged.**

Defendant Facebook WITHDRAWS the Motion to Dismiss, Dkt no.129 and will
Include information in a Motion for Summary Judgment.

Defendant to file Motion for Summary Judgment by 2/11/2019
Plaintiff Response filed by 3/1/19.
Reply filed by 3/8/19.
Hearing on Motion for Summary Judgment set for 4/2/19 at 2:00pm.

The 6/10/19 Jury Trial Date is CONTINUED to Monday, 6/17/19 at 8:30am.
Length of trial: one week