1
2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

3
4    WINDY CITY INNOVATIONS, LLC          Case No.  4:16-cv-01730-YGR
5            Plaintiff,
                                          **[PROPOSED] ORDER GRANTING
6        v.                               FACEBOOK, INC.'S
                                          ADMINISTRATIVE MOTION TO
7    FACEBOOK, INC.,                      FILE UNDER SEAL  (RE:
                                          FACEBOOK'S MOTION FOR
8            Defendant.                   SUMMARY JUDGMENT)**

9
10
11       In accordance with Civil Local Rules 7-11 and 79-5, Facebook, Inc. ("Facebook") has filed
12   an administrative motion for an order to seal portions of Facebook's Motion for Summary Judgment,
13   portions of Facebook's Separate Statement of Undisputed Facts In Support of Motion for Summary
14   Judgment, and Exhibits 1, 2, 3, 8, 10, 14, 18, 19, 20, 21 and 23 to the Declaration of Phillip E.
15   Morton in Support of Facebook's Motion for Summary Judgment.
16       Having considered Facebook's Motion, and COMPELLING REASONS HAVING BEEN
17   SHOWN, the Court hereby GRANTS the Motion as follows:

| **Document** | **Portion to Be Sealed** |
|---|---|
| Facebook's Motion for Summary Judgment | Page 3, lines 7-17 and 20-22 |
| | Page 4, lines 1-4, 6, 10-11 and 15-16 |
| | Page 5, lines 14-15 |
| | Page 6, lines 1-7, 9-10, 12 and 21-22 |
| | Page 7, lines 4 and 17-24 |
| | Page 8, lines 1-5, 7-8, 11-13, 16-17 and 26 (at n.6) |
| | Page 9, lines 6-7 and 9 |
| | Page 11, lines 28 |

| Document | Portion to Be Sealed |
|---|---|
| | Page 12, lines 1-3 |
| Facebook's Separate Statement of Undisputed Facts In Support of Motion for Summary Judgment | Page 1, lines 14-16 (Fact 4), 21-22 (Fact 5), 24-25 (Fact 6) <br><br> Page 2, lines 2-3 (Fact 7), 5-6 (Fact 8), 9-14 (Fact 9), 17-18 (Fact 10), 22-25 (Fact 11) <br><br> Page 3, line 11 (Fact 15) <br><br> Page 5, lines 25 (Fact 25), 27 (Fact 26) <br><br> Page 6, lines 3-4 (Fact 27), 7-8 (Fact 28) <br><br> Page 12, lines 14-15 (Fact 70) |
| Exhibits to Decl. of Phillip Morton | Exhibit 1 - excerpts from the deposition transcript of Daniel Marks, conducted October 25, 2018 (in its entirety) <br><br> Exhibit 2 – facsimile from UtiliCorp United to Brian Spencer and Tony Fung re: "Work For Hire Agreement" dated May 17, 1995 (in its entirety) <br><br> Exhibit 3 – excerpts from the deposition transcript of Peter Trzyna, conducted October 23, 2018 (in its entirety) <br><br> Exhibit 8 – excerpts from the deposition transcript of Mark T. Jones, conducted January 11, 2019 (in its entirety) <br><br> Exhibit 10 – excerpts from the Expert Report of Dr. Mark T. Jones, dated November 9, 2018 (in its entirety) <br><br> Exhibit 14 – FB-WC_000000394, "Messaging Overview – Wiki" (portions highlighted in light green only) <br><br> Exhibit 18 – Windy City's Objections and Responses to Individual Interrogatories Nos. 9-10, dated October 26 2018 (in its entirety) |

| Document | Portion to Be Sealed |
|---|---|
| | Exhibit 19 – Windy City's Patent L.R. 3-1 and 3-2 Disclosures, dated October 19, 2016 (in its entirety)<br><br>Exhibit 20 – excerpts from the Expert Report of Roy Weinstein, dated November 9, 2018 (in its entirety)<br><br>Exhibit 21 – excerpts from the deposition transcript of Roy Weinstein, conducted January 9, 2019 (in its entirety)<br><br>Exhibit 23 – Exhibit 9 to the Expert Report of Roy Weinstein (in its entirety) |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                              Hon. Yvonne Gonzalez Rogers
                                                                              United States District Judge